**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      In re Baker Hughes, A GE Company, Relator

Appellate case number:   01-21-00137-CV

Trial court case number:  2020-40839

Trial court:                    334th District Court of Harris County

Date motion filed:          March 9, 2022

Party filing motion:        Petitioner

Petitioner, Baker Hughes, moves for rehearing. It is ordered that the motion for rehearing is **denied**.

Judge's signature: ___/s/ Sarah Beth Landau_____
                             Acting for the Court

Panel consists of: Chief Justice Radack and Justices Kelly and Landau.

Date: ___October 20, 2022_____